**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LISA MURPHY
ADC# 760343**                                                              **PLAINTIFF**

**v.**                 **CASE NO. 5:11CV00326 BSM**

**G. ROBINSON, Sheriff,
Dub Brassell Detention Center,
Arkansas Department of Correction et al.**           **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 12] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants White, Bowlin, G. Robinson, Tyler, and Adem are dismissed from this action for plaintiff Lisa Murphy's failure to state a claim upon which relief may be granted.

2. Murphy's claim that defendant Smith laughed at her is dismissed for failure to state a claim upon which relief may be granted.

3. Murphy's remaining claims against Smith are allowed to proceed.

IT IS SO ORDERED this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE