**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

**v.**     **CASE NO. 5:11CV00326 BSM/JJV**

**SMITH**  **DEFENDANT**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 57] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT defendant Smith's motion for summary judgment [Doc. No. 53] is granted in part and denied in part. The motion is granted as to plaintiff Lisa Murphy's official capacity claims against Smith, and those claims are dismissed. The motion is denied in all other respects.

Dated this 12th day of August 2013.

                                                                                                            _____
                                                                                                            UNITED STATES DISTRICT JUDGE