IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| LISA MURPHY, ADC #760343, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:11CV00326-JJV |
| DARINDA SMITH, Correctional Officer, | * | |
| Dub Brassell Detention Center | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

This action came before the Court for trial by jury on September 2, 2014. Lisa Murphy was represented by her attorney, Mr. Robert Young, Esq., and Darinda Smith was represented by Mr. Nicholas Windle, Esq. All parties announced they were ready for trial. After all the evidence had been received, and the jury duly instructed on the law, the jury returned a verdict as follows: On Ms. Murphy's claim of excessive force, the jury found in favor of Defendant Ms. Smith.

Judgment is therefore entered in favor of Ms. Smith. This case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1