IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| LISA MURPHY, ADC #760343 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:11CV00326-JJV |
| DARINDA SMITH | * | |
| | * | |
| Defendant. | * | |

### ORDER

Pending before the Court is the Application dated September 8, 2014, by Plaintiff's appointed counsel, Robert Young, for reimbursement of out-of pocket expenses (Doc. No. 90). Counsel seeks the Court's approval for reimbursement from the Library Fund for costs in excess of $500.

Having considered the Application pursuant to the guidelines and policies of the Library Fund, the Court approves the Application (Doc. No. 90). The Clerk of the Court shall disburse money from the Library Fund in the amount of $506.58 and distribute it to Robert Young. A copy of this Order, together with the Application, shall be placed in the Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 8th day of September 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE